IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



JAN 0 2 2019

| James Edward Becker | |
|---|---|
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for a Civil Case**<br><br>Case No. **CCB 19 CV 0008**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  ■ Yes   ☐ No<br>*(check one)* |

-against-

Unum Group

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James Edward Becker |
| Street Address | 152 Lauren Court |
| City and County | Frederick city Frederick county |
| State and Zip Code | Maryland 21703 |
| Telephone Number | 301 305 8328 |
| E-mail Address | JamesBecker3031@gmail.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Unum Group |
| Job or Title (if known) | |
| Street Address | 500 Walnut Street |
| City and County | Chattanooga city Hamilton county |
| State and Zip Code | Tennessee 37402 |
| Telephone Number | 800 858 6843 x 53766 |
| E-mail Address (if known) | |

Defendant No. 2

    Name _____

    Job or Title (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address (if known) _____

Defendant No. 3

    Name _____

    Job or Title (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address (if known) _____

Defendant No. 4

    Name _____

    Job or Title (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans With Disabilities Act. TITLE 42 - THE PUBLIC HEALTH AND WELFARE

CHAPTER 126 - EQUAL OPPORTUNITY FOR INDIVIDUALS WITH DISABILITIES

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

        The defendant, *(name)* Unum Group _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$250,000 penalties for 3 violations of American's With Disabilities Act.

$100,000 for Wife's demand of divorce settlement.

Currently ongoing compensatory and possibly punitive damages.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

After throat surgery 15 August 2018 I could not go back to work due to gagging 'till 19 Dec. Unum (disability insurance) refused my benefits unless I answered many and often lengthy questions despite my multiple oral and written requests for accommodation under the Americans with Disabilities Act and having in their possession my surgeon's back to work instruction to "limit conversation" and all of my relevant medical records. Unum sent me a 7 page denial of benefits letter on their website yet refused to put their questions in writing and allow me to answer in writing on their website like Kaiser insurance does. The extra conversation delayed my healing which prolonged my return to work which damaged me and my wife's credit reports and has caused her to seek divorce.

15 September I requested accommodation from Unum in writing.
25 September Unum denied my written request for accommodation in writing. Also I asked Unum Employee Jeremy Demers for accommodation.
12 or 30 October I had to answer a multitude of questions from a female Unum employee to obtain or maintain benefits.
I December I asked Unum employee Justina Murray for accommodation. and sheShe said she would try to reduce the questions but could not put ther writing which clearly indicates a lack of preparation or training for Unum employees to accommodate those who cannot or should not speak.

wife's demand of her share in divorce settlement.

6

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I seek penalties of $50,000 for the first time Unum violated the ADA, $100,000 for the second time, and $100,000 for the third time as allowed under ADA. I seek Compensatory damages. $100,000 for my for Wife's demand of home equity to settle upcoming divorce.
Punitive damages as determined by Jury.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 Dec., 2018.

Signature of Plaintiff   *James Becker*
Printed Name of Plaintiff   James Becker

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____